**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 98-6907**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNIS DWAYNE JONES,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert J. Staker, Senior District Judge.  (CR-94-15)

─────────

Submitted:  September 10, 1998      Decided:  September 29, 1998

─────────

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Dennis Dwayne Jones, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders (1) denying his motion for an extension of time to file a motion under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and (2) denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Jones</u>, No. CR-94-15 (S.D.W. Va. May 5 & 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>